No. 00–511. VERIZON COMMUNICATIONS INC. ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.;

No. 00–555. WORLDCOM, INC., ET AL. *v.* VERIZON COMMUNICATIONS INC. ET AL.;

No. 00–587. FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.* IOWA UTILITIES BOARD ET AL.;

No. 00–590. AT&T CORP. *v.* IOWA UTILITIES BOARD ET AL.; and

No. 00–602. GENERAL COMMUNICATIONS, INC. *v.* IOWA UTILITIES BOARD ET AL., 535 U. S. 467. Motion of the Solicitor General to retax costs granted. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 01–400. BELL, WARDEN *v.* CONE, 535 U. S. 685. Motion of respondent to compensate appointed counsel at revised statutory rate and to abolish Court imposed cap on attorney's fees in light of Attorney Compensation Statute amendments denied.

No. 01–729. SMITH ET AL. *v.* DOE ET AL. C. A. 9th Cir. [Certiorari granted *sub nom. Otte* v. *Doe,* 534 U. S. 1126.] Motion of Public Defender of New Jersey, as *amicus curiae,* for leave to lodge documents under seal with redacted copies for the public record denied. Motion of Citizens for Penal Reform, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 01–963. NORFOLK & WESTERN RAILWAY CO. *v.* AYERS ET AL. Cir. Ct. Kanawha County, W. Va. [Certiorari granted, 535 U. S. 969.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of the Solicitor General to permit David B. Salmons to present oral argument *pro hac vice* granted.

No. 01–7574. SATTAZAHN *v.* PENNSYLVANIA. Sup. Ct. Pa. [Certiorari granted, 535 U. S. 926.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of the Solicitor General to permit Sri Srinivasan to present oral argument *pro hac vice* granted.

No. 01–1015. MOSELEY ET AL., DBA VICTOR'S LITTLE SECRET *v.* V SECRET CATALOGUE, INC., ET AL. C. A. 6th Cir. [Certiorari granted, 535 U. S. 985.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.